**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**OFFIT KURMAN, P.A.**
Paul J. Winterhalter, Esquire (006961986)
99 Wood Avenue South, Suite 302
Iselin, New Jersey 08830
Telephone:    (267) 338-1370
Facsimile:    (267) 338-1335
E-mail:       pwinterhalter@offitkurman.com

**KTBS LAW LLP**
Michael L. Tuchin, Esq. (*pro hac vice*)
Robert J. Pfister, Esq. (*pro hac vice*)
Samuel M. Kidder, Esq. (*pro hac vice*)
Nir Maoz, Esq. (*pro hac vice*)
1801 Century Park East, 26th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Email:        mtuchin@ktbslaw.com
              rpfister@ktbslaw.com
              skidder@ktbslaw.com
              nmaoz@ktbslaw.com

*Attorneys for Aylstock, Witkin, Kreis & Overholtz, PLLC*

Order Filed on October 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>LTL MANAGEMENT LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No.: 21-30589 (MBK)<br><br>Judge: Hon. Michael B. Kaplan<br>**Hearing Date and Time:**<br>August 2, 2023 at 10:00 a.m. |

### ORDER GRANTING IN PART AND DENYING IN PART MOTION OF AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC FOR ALLOWANCE OF SUBSTANTIAL CONTRIBUTION CLAIM

The relief set forth on the following page, numbered page two (2), is hereby **ORDERED**.

**DATED: October 2, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: LTL Management LLC
Case No. 21-30589 (MBK)
Caption: Order Granting in Part and Denying in Part Motion of Aylstock, Witkin, Kreis & Overholtz, PLLC for Allowance of Substantial Contribution Claim

The Court having read and considered the motion [D.I. 3951] (the "Motion")[2] for entry of an order pursuant to section 503(b) of the Bankruptcy Code allowing payment or reimbursement of expenses incurred by Aylstock, Witkin, Kreis & Overholtz, PLLC ("AWKO") in making a substantial contribution in the above-captioned case; and the Court having read and considered the objections to the Motion filed by the Debtor [D.I. 3962] and the Office United States Trustee [D.I. 3963] and the reply to the objections filed by AWKO [D.I. 3965] as well as the supplemental submission filed by AWKO [D.I. 3971] (the "Supplement"); and the Court having held a hearing on the Motion on August 2, 2023; and the Court having issued its written opinion granting in part and denying in part the Motion on September 25, 2023 [D.I. 3973] (the "Letter Opinion"); and for the reasons set forth in the Letter Opinion,

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED IN PART AND DENIED IN PART.

2.  The Debtor is authorized and directed to pay or reimburse AWKO in the amount of $66,477.75 (representing 100% of AWKO's expenses in connection with "General Discovery," "First Day Matters," and "Supporting Venue Change," plus 25% of expenses in connection with "Opposing PI/Automatic Stay," all as set forth in the Supplement) within seven (7) business days after entry of this Order.

3.  The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.